IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ J.C.

05 JUN 24  PM 5: 3_

ROBERT R. DI TROLIO
CLERK, U.S. D_ST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | No. 04-20274-M1 |
| JUAN MASHUN MACKLIN, | * | |
| Defendant. | * | |
| | * | |

## ORDER GRANTING GOVERNMENT'S MOTION
## TO DISMISS COUNT 2 OF INDICTMENT

It is hereby ORDERED that the Government's Motion To Dismiss Count 2 of the Indictment in the above-entitled and numbered criminal case as to JUAN MASHUN MACKLIN is hereby GRANTED.

DONE at Memphis, Tennessee, this 24 day of June, 2005.

_____
UNITED STATES DISTRICT JUDGE

APPROVED: _____
Thomas A. Colthurst
Assistant U.S. Attorney

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-27-05

(49)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 49 in case 2:04-CR-20274 was distributed by fax, mail, or direct printing on June 27, 2005 to the parties listed.

---

Randall P. Salky
LAW OFFICE OF RANDALL SALKY
266 S. Front St.
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT